**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

**Melanie V. Pate** (State Bar No. 017424)
Direct Dial: 602.262.5318
Direct Fax: 602.734.3785
Email: mpate@lrrc.com

*Attorneys for Defendant FirstBank of Arizona, Inc*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals With Disabilities Foundation, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> FirstBank of Arizona, Inc, <br><br> Defendant. | Case No. <br><br> **NOTICE OF REMOVAL** |

Defendant FirstBank of Arizona, Inc. removes this action from the Superior Court of the State of Arizona in and for the County of Maricopa to this Court under 28 U.S.C. §§ 1331, 1441, and 1446, and LRCiv. 3.7, and states the following in support of this Notice of Removal:

1.   This action was filed originally in Maricopa County Superior Court, Arizona, on or about June 9, 2016, entitled:  Advocates for Individuals With Disabilities, Foundation, Inc. v. FirstBank of Arizona Inc, Case No. CV 2016-006905 ("State Court Action").

2.   In accordance with 28 U.S.C. § 1446(a) and LRCiv. 3.7, a copy of all documents filed in the State Court Action from which this case is removed are attached hereto as **Exhibit A**, accompanied by counsel's verification.

3.   On August 3, 2016, Defendant FirstBank of Arizona, Inc. ("FirstBank") was served with the First Amended Verified Complaint, brought by Plaintiff, Advocates for Individuals With Disabilities, Foundation, Inc. ("AIDF"), against

FirstBank in the Superior Court of the State of Arizona in and for the County of Maricopa, and a Summons to FirstBank through their statutory agent. FirstBank was also served with a Certificate of Arbitration, filed June 9, 2016, Discovery Request No. 1, dated June 3, 2016, Plaintiff's Notice of Errata, filed July 28, 2016, and a letter, dated June 3, 2016, from Peter Strojnik, attorney for AIDF, along with the Summons and Verified Complaint.

4. Count One of the First Amended Verified Complaint is against FirstBank and is based on alleged violations of the public accommodations requirements of the Americans with Disabilities Act (First Amended Verified Complaint ¶¶ 30-36).

5. Count Two of the First Amended Verified Complaint is against FirstBank and is based on alleged violations of A.R.S. Title 41, Chapter 9, Article 8, §§ 41-1492, *et seq.,* and implementing regulations in making a public accommodation accessible to individuals that are disabled (First Amended Verified Complaint ¶¶ 37-43).

6. In the State Court Action, Plaintiff AIDF claims to be a non-profit charitable foundation (First Amended Verified Complaint ¶ 1). According to the First Amended Verified Complaint, Defendant FirstBank owns and/or operates a business located at 2425 S. Gilbert Rd., Gilbert, AZ. 85295 (First Amended Verified Complaint ¶ 2).

7. This Court shall have original jurisdiction over this matter based upon federal question jurisdiction, 28 U.S.C. § 1331. Therefore, this suit may be removed to this Court by this Defendant pursuant to the provisions of 28 U.S.C. § 1441.

8. This Notice is timely brought. Service was made upon FirstBank on August 3, 2016. Therefore, pursuant to 28 U.S.C. § 1446(b), this Notice is being filed within thirty (30) days of receipt and service of a copy of the initial pleading setting forth AIDF's claims.

9. Removal venue is appropriate for purposes of removal because the District Court of Arizona embraces that place where the State Court action is pending.

2010599586_1                                    2

10. Contemporaneous with the filing of this Notice, FirstBank has provided AIDF and the Superior Court of the State of Arizona in and for the County of Maricopa with written notice of this notice of removal.

11. FirstBank requests the Court to accept this Notice of Removal, assume jurisdiction of this case, and issue such further orders and processes which may be required to bring before it all parties necessary for the disposition of the same.

DATED this 23rd day of August, 2016.

                LEWIS ROCA ROTHGERBER CHRISTIE LLP

                By: */s/Melanie V. Pate*
                    Melanie V. Pate
                *Attorneys for Defendant FirstBank of Arizona, Inc*

**CERTIFICATE OF SERVICE**

I certify that on this 23rd day of August, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Strojnik
Fabian Zazueta
1 East Washington Street, Suite 500
Phoenix, AZ  85004
*Attorneys for Plaintiff*

*/s/ Susan J. Durkee*
Employee of Lewis Roca Rothgerber Christie LLP