Peter Strojnik, State Bar No. 6464
**Strojnik P.C.**
1 East Washington St., Suite 500
Phoenix, AZ 85004
(774) 768-2234
2425SGILBERTRD@aadi.org

Lead Attorney for Plaintiff

# UNITED STATE DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ADVOCATES FOR INDIVIDUALS WITH DISABILITIES FOUNDATION, INC., <br><br>   Plaintiff, <br> v. <br><br> FIRSTBANK OF ARIZONA, INC., <br><br>   Defendant. | Case No.: CV-16-02829-PHX-JJT <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between the parties above named, by and through their attorneys undersigned, that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

/ / /

/ / /

**Error! Unknown document property name.**

DATED this 24th day of October, 2016.

**STROJNIK, P.C.**

By: */s/ Peter Strojnik*
Peter Strojnik
Attorneys for Plaintiff

**LEWIS ROCA ROTHGERBER CHRISTIE, LLP**

By: */s/Melanie V. Pate (with permission)*
Melanie V. Pate
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and e-mailed a copy of same to the following:

Melanie V. Pate
Lewis Roca Rothgerber Christie, LLP
201 E. Washington St., Suite 1200
Phoenix, AZ  85004
mpate@lrrc.com
Attorneys for Defendant

By: */s/ Patti Lesser*