NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Firstbank of Arizona Incorporated,<br><br>Defendant. | No. CV-16-02829-PHX-JJT<br><br>**ORDER** |

Upon review of the parties' Stipulation for Dismissal With Prejudice (Doc. 12), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 12). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that all pending motions (Doc. 8) are deemed moot.

Dated this 26th day of October, 2016.

_____
Honorable John J. Tuchi
United States District Judge